# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

DEANIE HENSLEY,                            )
                                           )
        Plaintiff,              )
                                           )
vs.                                        )    Civil Case No. CIV-20-54-JD
                                           )
                                           )
STATE OF OKLAHOMA, ex rel the              )
Regional University System of the          )
Oklahoma Board of Regents d/b/a            )
Northeastern State University, *et al*     )

## ENTRY OF APPEARANCE

    **COMES NOW** Mark Hammons of Hammons, Hurst & Associates, and hereby enters his appearance as local counsel for the Plaintiff in the above captioned action. I certify that I am admitted to practice in this Court.

### RESPECTFULLY SUBMITTED THIS <u>9th</u> DAY OF MARCH 2020.

                                     s/Mark Hammons
                                     Mark Hammons, OBA No. 3784
                                     HAMMONS, HURST & ASSOC.
                                     325 Dean A. McGee
                                     Oklahoma City, OK 73102
                                     Ph:    (405) 235-6100
                                     Fax:   (405) 235-6111
                                     Email: amberashby@hammonslaw.com
                                     *Local Counsel for the Plaintiff*