AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-20-54-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Steven Turner__
was received by me on *(date)* __3-18-2020__.

☒ I personally served the summons on the individual at *(place)* __506 Seminary Ave__
__Tahlequah, OK 74464__ on *(date)* __3-18-2020__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __3-18-20__

Server's signature: __[signed] CK24__

Printed name and title: __Kvency Lin Novak CK24 Deputy__

Server's address: __213 W Delaware St Tahlequah Oklahoma 74464__

Additional information regarding attempted service, etc:

Print    Save As...    Reset