AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-20-54-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Randy Grogen
was received by me on *(date)* 3-18-2020.

☒ I personally served the summons on the individual at *(place)* 2165 Cambridge Ave Tahlequah Oklahoma 74464 on *(date)* 3-18-2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-18-2020

*Server's signature* CK24

Kerry Kim Novak CK24 Deputy
*Printed name and title*

213 W Delaware Street Tahlequah
*Server's address*

Additional information regarding attempted service, etc:

x Randy Grogen

| Print | Save As... | Reset |